# EXHIBIT J

To the department of corrections
State of California Parole Board

Letter of reconsideration

I'm submitting this letter on the behalf of James Mackey. I've known Mr. Mackey since 1969. I've always thought that James would someday be a great asset to his community and also to his society. Unfortunately he chose to commit a severe crime, which disabled him. I've been his brother-in-law for over 23 years. I feel as though James has served his sentence in the prison system, but there's another sentence he will never finish serving and that's the thought that will always be with him for the crime, which he has committed. I've prayed for his peace of mind for several years. The thought of losing freedom, family, and friends will always be a part of the eternal sentence, which he will always have to battle with. His conscience and remorse is deeply and always will be something that only a life of serving his community and prayer will be the only thing that will consulate James. I feel James can love, respect, and honor is fellow man, and he can be productive in this life if give a chance. While in prison James has furthered his education and help others further their education also. He is a very caring and loving man. I only pray that the parole board will give James hope and the understanding that he will need after his board meeting. When a man's hope is gone then the man begins to die. James has lost several love ones, including his dearest friend (his mother). We all believe that he will one day be able to live his life free in the United States. His work is cut out for him. But he must realize that your fellow man is his brother and he must love him. He also must realize God wouldn't put him through anything he couldn't handle and to keep up his hope in this trying time. If released I pray he will commit to a life of dedication of

volunteer services, mentoring and helping young men in his community. He has a chance of a lifetime to be one of the greatest examples of turning his life around. James if you're released believe that it's God and his ability to deal with the heart of men. We look forward to seeing you soon. Most of all we love you and whatever you do appreciate this opportunity to be considered for parole. Your family is always waiting for your return. There's a lot of work to be done out here with young people.

Thank you,

Eric, Angela, Ericka, and Angela II

The Criner Family



**California Natural Products**
www.californianatural.com
POST OFFICE BOX 1219 • LATHROP, CALIFORNIA 95330-1219 • (209) 858-2525 • FAX (209) 858-4076

**Support Letter**
**Not Confidential**

September 24, 2004

The Board of Prison Terms
1515 K Street, 6th Floor
Sacramento, CA 95815

Attn: Commissioners of Board

Regarding: James Mackey E76532

To Whom It May Concern:

I, Armando Gomez, Plant Supervisor at California Natural Products, am aware that James Mackey will be eligible for parole in the year 2006. Even though I do not know James personally, I have known James' family for the last seven years. They are very supportive of James and look forward to him coming home.

I understand that James will need employment when he is released and I would be very pleased to offer him a position as a machine operator at California Natural Products. This position would be effective February 2006. The starting pay rate for that position is approximately $11.00 per hour.

Thank you for your consideration,

*Armando Gomez*
Armando Gomez
Plant Supervisor of Special Ingredients
(209) 613-1593

CREATIVE RESEARCH MANAGEMENT, INC
2029 E. HARDING WAY STOCKTON, CA 95205
TEL 209.938.0900 FAX 209.938.0769

The Board of Prison Terms
1515 K Street, 6th floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Regarding James Mackey E76532

To Whom It May Concern:

I have agreed to provide an employment interview for James Mackey. I do not promise employment will occur. I have offered this interview at the request of a friend that knows Mr. Mackey.

Sincerely,

*James Mitchell*
James Mitchell
Vice President of Manufacturing
Creative Research Management

September 15, 2004

The Board of Prison Terms
1515 K. Street
6th Floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Re: James Mackey E76532

Dear Board,

*Support Letter Not Confidential*
— L. Romero, C&PR

*RECEIVED JAN 2 6 2005 BOARD OF PRISON TERMS*

I would like to start by thanking you for taking the time to read my letter requesting the Board to release my husband James Mackey.

James and I have known each other since 1977 when James was only twelve years old. I saw James grow from a young man to a man I fell in love with and married eleven years ago. Our relationship grows stronger every year and we look forward to spending the rest of our lives together. James has brought the best qualities out in me and we have become a very strong Christian Family. James is very close to my two children and they love him very much. Our entire family gives James the support he will need, both financially and emotionally, when he comes home.

What James did changed everyone's life around him but not more than it changed his life. It was devastating and unbelievable that such a wonderful, intelligent young man and someone who had the future in his hands could actually commit the act he did. No one is sorrier for his actions than James and would turn back the clock in a second if he could. I feel and pray for the victim's family often, as I know James does, and hope they have it in their hearts to forgive James.

I haven't met one person that doesn't think James is a wonderful person. He has impacted his qualities on so many people. As our home is still in the town we grew up in, so many people are looking forward to him coming back into the community.

James was a college graduate when he entered the prison system and James has continued his education while in prison through correspondence classes

and courses offered to inmates. When James is released he will already have employment and be able to contribute and support our family.

When James is released he will reside at our home at 613 Lupton St., Manteca, CA 95337.

Thank you so much for taking your time to read my letter and I hope you find it in your hearts to see James who he really is: A best friend, a loving and caring husband, a wonderful father, and a friend to so many people.

Please feel free to call me if you have additional questions.

Sincerely,

*Janet Walther-Mackey*

Janet Walther-Mackey
613 Lupton Street
Manteca, CA 95337
Hm 209 825-5814
Cell 209 479-8594

September 26, 2004

The Board of Prison Terms
1515 K St., 6th Floor
Sacramento, CA
95815

Re: James Mackey, E76532

Dear Board,

I've known James for 24 years. We attended high school together and I was the cheerleader on the sidelines while James made the touchdowns in football. I remember James having a lot of friends and participating in many activities.

When James went on to college at UOP, I thought he would pursue a career as a professional football player. I was shocked and saddened when I discovered he was sent to prison. His criminal behavior was out-of-character for James.

My sister, Janet Walther, fell in love with James and they married. I am his sister-in-law now and I can't wait to make up for lost time. James has been an outstanding role-model for other inmates, he has devoted his time to study and God, and he deserves to be a free man.

I support James emotionally, spiritually and financially as he prepares for his future.

Sincerely,

Ribin Cordano

The Board of Prison Terms
1515 K Street
6th Floor
Sacramento, California 95815
Attention: Commissioners of Board of Prison Terms
REGARDING: JAMES MACKEY E76532
Dear Commissioners of the Board:

    I would like to first take the opportunity to thank you for allowing myself the opportunity to speak on my dear brother's behalf. I am writing a heartfelt letter in the sincerest hopes that you will favorably consider my request. I am praying that in your final analysis that you will keep biblical concepts in mind when you consider, my brother's impending request of a release from his present incarceration. I am praying that the time he has spent has been beneficial to him as a person and that society has realized that the debt that was to be paid is considered rendered in full. Please weigh in your request the fact that the suffering that was placed upon the victims is now, in some small measure repaid and lessons have been learned. I am reminded in every fashion in my daily life is the principal is what would Jesus do, he would forgive and if the opportunity presented itself for one to redeem the errors of his or her ways, what would Jesus do? I pray that a compassionate savior would show mercy, and judgment. I also have suffered from the absence of my brother. Only time and love can heal the broken wounds of both sides. I pray that you will find compassion in your hearts when you consider my request.

Gratefully Yours:

Kenneth Eskridge

# Cottage Bakery

*Lodi   Sacramento   Stockton*

P.O. BOX 1720 • LODI, CALIFORNIA 95241-1720 • PHONE (209) 333-8044 • FAX 333-7428

September 27, 2004

The Board of Prison Terms
1515 K Street
6th Floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Regarding: James Mackey, E76532

To Whom It May Concern:

I, Kevin Haslebacher, Plant Manager of Cottage Bakery, understand that James Mackey will be considered for parole at a hearing early in 2005.

As upon his release I understand James will be seeking employment. I would like to offer James the opportunity for a position at Cottage Bakery as a Warehouse Forklift Driver. This position would be available effective February 15, 2006 when he is released and the rate of pay for this position is approximately $14.00 per hour.

If you have any questions, please feel free to contact me.

Sincerely,

Kevin Haslebacher
Plant Manager
Cottage Bakery
(209) 365-5446

September 26, 2004

The Board of Prison Terms
1515 K Street
6th Floor
Sacramento, CA 95815

Regarding: James Mackey E76532

Dear Board,

My name is Clyde Walther, father-in-law to James Mackey. I understand that James will be considered for parole soon. I have known James since he was in high school and can remember watching him play football for East Union High School. He is truly a good person and he has strong family support.

James has been a model inmate, as I would not have expected anything less from him. I am also convinced that James will not make a similar mistake when he is returned to society.

I expect James will regain total acceptance into our community. With his Bachelor Degree in sports medicine from The University of Pacific he could become involved within local sports programs and easily be employed.

James will have our full support when he is released and I am proud that he is a part of our family.

Sincerely,

Clyde Walther
15863 Cottage Ave.
Manteca, CA 95336
(209) 239-1841


cc: James Mackey
    Hamilton Heinz

September 27, 2004

The Board of Prison Terms
1515 K. Street
6th Floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Regarding: James Mackey E76532

My name is LaNae Mackey, niece of James Mackey. I am currently seventeen years old and a senior in High School.

My Uncle James has been in my life since I was born. He is truly an awesome person and I wouldn't know what to do without him in my life. Driving to Ione to visit him is such a wonderful feeling, being all in the same room! We have been going as long as I can remember.

Uncle James has taught me so much. I would be lost without him. He supports me, gives me advice and an all around a great uncle.

All I know is that our lives would be much better if my Uncle James was not in prison. He would be able to help so many people and be with our family every day. So please consider releasing my Uncle James when you have his parole hearing.

Sincerely,

*LaNae Mackey*

LaNae Mackey
1112 N. Main St. #137
Manteca, CA 95336
(209) 479-0392

Sept. 27, 2004

The Board of Prison Terms
1515 K Street, 6th floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Re: My Uncle James Mackey E76532

If I had to list the most inspiring people in my life, one of the first would definitely by my uncle, James Mackey. Excluding my dad, my uncle has been more a part of my life than any other member on his side of the family (even though I have many of them living in the same town for years).

I have childhood memories of visiting my uncle, he was never less than positive and supportive of my goals. Today at my age of 23, things still have not changed. After relocating to Southern California I still receive letters, birthday cards, and short stories for him via mail.

When it comes to school, we definitely relate on some levels. Through his actions and words my uncle encourages me to finish school. I admire him for continuing his studies while at Mule Creek. He is not the type of individual who gives up because of an obstacle in his way.

Visiting him is a very humbling occasion. I listen as he describes things he would like to experience outside of Mule Creek… things I take for granted. I'm sure many of us do. It reminds me of how wonderful my life is and that although we all make mistakes (big and small) people deserve second chances, including my uncle.

Sincerely,

Chereese Mackey
7211 Cozycroft Ave #28
Winnetka, CA 91306
(818) 346-2756

*S. Randall Williams, M.D., Inc.*
*587 Victory Avenue*
*Manteca, CA 95336-4915*

September 24, 2004

The Board of Prison Terms
1515 "K" Street
6th Floor
Sacramento, California 95815

Re: James Mackey, E-76532

To Whom It May Concern:

   I am writing to support the upcoming consideration of parole for James O. Mackey. James has been a close friend of our family for many years. My late husband, Dr. S. Randall Williams, and I first saw him as a patient and performed surgery on his shoulder when he was a high school student in approximately 1982, and both of us thought so much of the young man that we invited him into our home, and we got to know him quite well. We attended his high school graduation, and many other special events in his life. Over the years, my husband, and now just myself, have watched his progress, and I know if my husband were alive, he would join me in telling you that we truly feel that James has paid his "debt to society", not only by serving his prison term, but in his heart. He is extremely remorseful for his crime, and I feel the state would be much better served by having him on the outside, where he can continue to atone for his mistake by being a good citizen, continuing to educate himself, and serving his fellow man. He has recently been accepted into graduate school and he is highly motivated to become a good citizen. He has been a very good inmate, and I have visited him as often as I could with my daughters and alone, and the person I see when I visit, is one who will spend every day of the rest of his life, trying to make up for what he has done. Honestly, we need more young men like James, who have paid the price, and who truly want to return to society to

do *good*, rather than seeing the advantages of being free to do other crimes.

I wish that I were able to offer James a position in our orthopedic surgery practice, but unfortunately, my husband passed away suddenly in 1996. I feel he would be an asset wherever he has employment. If James cannot find a place to stay when he is released, he is welcome to stay with me until he finds alternative lodging, and he is most welcome to use my address and phone number as needed while residing here. I am so very proud of James and how he has been completely rehabilitated, and I know that if he had the chance to turn back time and make a different choice and have nothing to do with crime of any sort, he would. I am very sure of this. I have worked with people for over 35 years and I consider myself to be a very good judge of character. Everyone has made mistakes, but some people make deadly ones. However, the reason for incarcerating these people is hopefully so that they can be rehabilitated and return to society and be better people. They will endure the pain of what they have done forever, and they will have the stigma of being felons. And, in this case, I do feel that James will be able to come back to society, with the support of his wife and family and friends, and he will contribute so much more to this country by being free. Please give him that chance. There are so many people behind him that believe in him.

I have kept the family of the victim in my prayers since this happened, and I will continue to do so. I know the pain of losing someone close to you so suddenly, and while that pain never goes away, it lessens over time. I went to Yom Kippur services yesterday, the Day of Atonement in Judaism, and I prayed that the family would find forgiveness for James.

I would most wholeheartedly recommend James to your board, and if you have any further questions for me, please contact me at my address below.

Very truly yours,

Rebecca A Williams, OPA-C, CST
587 Victory Avenue
Manteca, CA  95336-4415
(209) 823-7043

/RW

cc: File
    Attorney Hintz
    James O. Mackey

9-27-04

*Support letter for Jim in our behalf copy - James 10/5/04*

The Board of Prison Terms
1515 K Street
6th Floor
Sacramento, CA 95815
Attn: Commissioners of Board of Prison Terms

Dear Board:

I am writing this letter as a former teacher and high school football coach during James' high school days and his friend since he graduated from high school.

I recently visited with James at Mule Creek State Prison and in my opinion James shows great contrition for his past and has made a tremendous effort to rehabilitate and grow as a human being while in the prison system.

I feel confident that James will be a contributing member of society if given the opportunity. Had I not retired recently and put my painters contractors license on inactive status, I would have offered him a job myself. I will offer my recommendation for his employment to any one who asks.

His debt has been paid, nearly half his life spent in prison, isn't this the hope of our penal system, that the people who exit are able to be reabsorbed into society and allowed to thrive? It is certainly my hope for James and his family.

Sincerely,

Jim C. Brown
Former Head Football Coach retired
From East Union High School