# EXHIBIT K

Case 2:07-cv-00347-ALA    Document 1-7    Filed 01/13/07    Page 2 of 31

the Su... ...ior Court of the State ... California
in and    the County of    SAN JOAQUIN

# Abstract of Judgment

## Commitment to State Prison

Dept. No. ___6___    Case No. __45624__                    Present:

The People of the State of California

                                                    Hon. __STEVEN DEMETRAS__
                                                    **Judge of the Superior Court**

vs.
                                                    __EUAL BLANSETT__
                                                    **Prosecuting Attorney**

JAMES OLIVER MACKEY
                                                    __HAMILTON HEINZ__
                          Defendant.              **Counsel for Defendant**

This certifies that on the __20__ day of __NOVEMBER__, 19 _90_, judgment of conviction of the above-named defendant was entered as follows:

(1) In Case No. __45624__ Count No. __6__ he was convicted by _____ ; on his plea of __GUILTY__
                                                    (court or jury)

187 PC – MURDER 1ST DEGREE
(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of _____

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of __187 PC – MURDER 1ST DEGREE__
(reference to Code or Statute, including Section and Subsection Thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|------|------------------|-------|-------------|
|      |                  |       |             |
|      |                  |       |             |
|      |                  |       |             |
|      |                  |       |             |
|      |                  |       |             |

Defendant has been held in jail custody for __807__ days as a result of the same criminal act or acts for which he has been convicted.    538 + 269 = 807

XXXXXXXXXXXXXXXXXXXXXXXXX deadly weapon at the time of his commission of the offense or a concealed deadly weap-
(was or was not)
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX the Penal Code XXXXXXXXXXXXXXXXXXXXXX

Defendant XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX the meaning of XXXX
(was or was not)

XXXXXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX in his commission of the offense within the meaning of Sections XXXX and XXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXX

(Repeat foregoing with respect to each count of which defendant was convicted.)

# ABSTRACT OF JUDGMENT                    CC-CR 395 (12/83)

# EXHIBIT L

COPY

FILED

1991 FEB 22 AM 7: 14

JEANNE MILLSAPS, CLERK
BY _____ CHARLOTTE GILBERT
                                    DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

---oOo---

THE PEOPLE OF THE STATE     )
OF CALIFORNIA,              )
                Plaintiff,  )
        vs.                 )      No. 45624
                            )
JAMES OLIVER MACKEY,        )      Dept. 5
                            )
                            )      STATEMENT FOR
_____)      PRISON OFFICIALS

        The above-entitled matter came on regularly for hearing on TUESDAY, NOVEMBER 20, 1990 at the hour of 9:25 A.M. thereof before HON. STEPHEN G. DEMETRAS, Judge of the Superior Court of the State of California, in and for the County of San Joaquin.


                    APPEARANCES OF COUNSEL:

        EUAL BLANSETT, Deputy District Attorney, County of San Joaquin, 222 E. Weber Ave., 2nd Floor, Stockton, California  95202, appeared as counsel for and on behalf of the PEOPLE.

        HAMILTON L. HINTZ, JR., Attorney at Law County of San Joaquin, 901"H" Street, Suite 301 Sacramento California  598 4 appeared as counsel for and on behalf of THE DEFENDANT.

Reported by: EMEL JOAQUIN ROBLES, C.S.R. No. 4621

THE ANNEXED INSTRUMENT IS A CORRECT COPY
OF THE ORIGINAL ON FILE IN MY OFFICE.
CAUTION:  SEAL MUST BE IN PURPLE.
ATTEST _____ 2-22-91
JEANNE MILLSAPS        Clerk of the Superior Court
                        in and for the County of
                        San Joaquin, State of California
By _Charlotte Gilbert_ Deputy

SUPERIOR COURT REPORTERS STOCKTON, CALIFORNIA (209) 468-2840

1    (All parties present, the following proceedings

2  were had:)

3                THE COURT:  People versus James Mackey.

4                MR. HINTZ:  Morning, Your Honor.

5                THE COURT:  All right. Mr. Mackey is present.

6    Mr. Hintz is present. There is a probation report on

7  file.

8      Today's the date for pronouncement of judgment.

9                MR. BLANSETT:  Have you had the probation

10  officer's report the sufficiently required days, Your

11  Honor?

12                MR. HINTZ:  I have, Your Honor.

13      I've read it and supplied a copy to Mr. Mackey.

14                THE COURT:  Are there any corrections or

15  additions on his behalf you wish to make to the report?

16                MR. HINTZ:  No.

17                THE COURT:  Mr. Blansett, any corrections or

18  additions you wish to make to the report on behalf of the

19  District Attorney's office?

20                MR. BLANSETT:  No, Your Honor, except that

21  Mr. Phillips has written a letter that he will be sending to

22  the department of corrections. He would ask that that letter

23  be attached as a letter to the probation report, just to

24  make sure that the letter follows Mr. Mackey wherever he

25  goes because I know the probation report will.

26                THE COURT:  If you'll provide that for me

27  within the next day then it will go along with it.

28                MR. BLANSETT:  Okay.

1       THE COURT:  All right.

2       Mr. Mackey did not plead in front of me. So he has a

3   right to have Judge Cruikshank sentence him, if he wishes.

4   If he waives that right, I'm willing to abide by the plea

5   bargain, which was for the indeterminate term.

6           MR. HINTZ:  He's willing to waive the

7   sentencing before the judge that the plea was made.

8           THE COURT:  Is that your wish, Mr. Mackey?

9           THE DEFENDANT:  Yes, sir.

10          THE COURT:  Mr. Hints, is there any legal

11  cause then why judgment should not now be pronounced?

12          MR. HINTZ:  No, Your Honor.

13          THE COURT:  In this matter the specified

14  punishment for the plea to murder in the first degree was to

15  be the indeterminate term in state prison of 25 years to

16  life.  And I will impose that state prison term pursuant to

17  the indeterminate statutes.

18      Mr. Mackey has credit against the term just imposed of

19  538 actual days plus conduct credits on top of that.

20      He'll be remanded then to serve the balance of that

21  term.

22

23

24

25

26

27

28

1  STATE OF CALIFORNIA    )
                          )    ss.
2  COUNTY OF SAN JOAQUIN  )

3

4

5          I, EMELIA ROBLES, Official Court Reporter of

6  the Superior Court of the State of California, in and for

7  the County of San Joaquin, do hereby certify;

8          That I was present in the Superior Court of

9  the State of California, in and for the County of San

10  Joaquin, at the time of the proceedings had in the

11  above-entitled matter;  that at said time and place I took

12  down in shorthand notes all the testimony given and

13  proceedings had, and that I thereafter caused said shorthand

14  notes to be transcribed by computer-aided transcription, the

15  above and foregoing being a full, true  and correct

16  transcription thereof, and a full, true and correct

17  transcript of all testimony taken and proceedings had.

18

19

20  _____

21          Official Court Reporter, C.S.R. No. 4621

22

23

24

25

26

27

28

SUPERIOR COURT REPORTERS STOCKTON, CALIFORNIA (209) 468-2840

# EXHIBIT M

8105 - 4th Avenue, Brooklyn, NY 11209
N.Y.C. Area Phone: 718-745-1642
Toll Free Number: 1-866-235-1080 (PIN 5580)

# NUGENT ASSOCIATES

Official EPA Section 608 Refrigerant Certification Provider
HVAC Training Classes & Seminars

## HVAC TRAINING PROGRAMS

### EPA SECTION 608 CERTIFICATION TEST REPORT

June 29, 2004

James O. Mackey
613 Lupton
Manteca, CA  95337

Dear Mr. Mackey:

Here are the results of the EPA Certification test(s) you took June 24, 2004. Listed are the test scores for each test taken and the Certification Type(s) you attained.

| TEST SCORES: | | |
|---|---|---|
| CORE: | 96 |
| TYPE I: | 96 |
| TYPE II: | 96 |
| TYPE III: | 96 |

CERTIFICATION TYPE ATTAINED:        UNIVERSAL

Please note that you must receive a minimum mark of 72% to pass each of the above test Types. The CORE section MUST BE PASSED plus one or more of the Specific TYPES: I, II, III to gain any certification. If you did not qualify for the rating you were aiming for, you may retake the failed part(s) of the test at your local authorized EPA testing site.

The official Proctor to contact for further information is:

Nugent Associates at above addrss

NOTE: Certification cards can be easily misplaced in the years ahead.  Please make a note of your ID number in case of a lost card.  Your ID # is : 062404081264

J.F. Nugent
Director of Training



Certificate Log # 0924042018

STATE OF CALIFORNIA

Creekside Adult School

# Certificate of Achievement

awarded to

## James Mackey

who is hereby honored and commended for completing the following certification unit(s)

### Business Management and Job Preparation

V02.07.26.27

09/24/04
Date

_____
Instructor

WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
Accreditation #
0395006899



Certificate Log # 7280482019

STATE OF CALIFORNIA

Creekside Adult School

# Certificate of Achievement

awarded to

# James Mackey

who is hereby honored and commended for completing the following certification unit(s)

## Gas/Electric/Solar Heating

V02.07.21, 22, 23

07/28/04
_____
Date

_____
Instructor

Certificate Log # 0922048J2010

STATE OF CALIFORNIA

Creekside Adult School

# *Certificate of Achievement*

awarded to

## **James Mackey**

who is hereby honored and commended for completing the following certification unit(s)

## *Comfort Cooling and Heat Pumps*

V02.07.19, 20

09/22/04

Date

_Instructor_





STATE OF CALIFORNIA

Creekside Adult School

*Certificate of Achievement*

awarded to

**James Mackey**

who is hereby honored and commended for completing the following certification unit(s)

*Commercial and Industrial Refrigeration*

V02.07.17,.18

_____
09/22/04
Date

_____
Instructor

Certificate Log # 0922048209

WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
Accreditation #
0395000899

THE GREAT SEAL OF THE STATE OF CALIFORNIA

Certificate Log # 0924048201 7



STATE OF CALIFORNIA

Creekside Adult School

# Certificate of Achievement

awarded to

# James Mackey

who is hereby honored and commended for completing the following certification unit(s)

## Ice Making Equipment and Water Treatment

V02.07.16,.24

09/24/04
Date

_____
Instructor



STATE OF CALIFORNIA

Creekside Adult School

*Certificate of Achievement*

awarded to

**James Mackey**

who is hereby honored and commended for completing the following certification unit(s)

*Domestic Refrigeration*

V02.07.15

07/28/04

Date

_____
Instructor

Certificate Log # 7230482018

WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
Accreditation # 0235000899



Certificate Log # 0922048200B

STATE OF CALIFORNIA

Creekside Adult School

*Certificate of Achievement*

awarded to

# James Mackey

who is hereby honored and commended for completing the following certification unit(s)

*Basic Refrigeration*

V02.07.05.,06.,09.,11.,12.,13

09/22/04
Date

Instructor



Certificate Log # 728048 2017

STATE OF CALIFORNIA

Creekside Adult School

# Certificate of Achievement

awarded to

# James Mackey

who is hereby honored and commended for completing the following certification unit(s)

## Basic Electricity

V02.07.07.08.10

07/28/04
Date

_____
Instructor



Creekside Adult School

# CERTIFICATE OF COMPLETION

STATE OF CALIFORNIA

awarded to

*James Mackey*

who has successfully completed the following certification

Heating/Ventilation/Air Conditioning/Refrigeration (V.02.07)

and is hereby honored and congratulated for achieving this commendable goal.

Class:  Heating/Ventilation/Air Conditioning/Refrigeration

October 1, 2004
Date

Instructor

Supervisor of Academic/Vocational Instruction

SCHOOLS
WESTERN ASSOCIATION OF
AND COLLEGES
Accreditation No.
0395000999

Log #    SA042245ET6532



CALIFORNIA DEPARTMENT OF CORRECTIONS

MULE CREEK STATE PRISON

Certifies That:

*James Macken*

has actively participated in the

**"HOUSES OF HEALING"**

**ANGER MANAGEMENT**

*"and is hereby being acknowledged for his achievement."*

M. KNOWLES, Warden (A)

April 25, 2001

M. MERRITT, CC II

E76530

| ATTITUDES | Grade |
|-----------|-------|
| Effort | ------- |
| Conduct | ------- |
| Initiative | ------- |
| Initiative | ------- |

Orig: C-File
cc:: CCI
    Education
    Writer
    Inmate

## COLLEGE EDUCATION PROGRESS REPORT

CDC-128-L

GENERAL OBSERVATIONS:

    Inmate JAMES MACKEY, E-76532, has successfully completed the
PARALEGAL FOUNDATION COURSE by correspondence, offered through
PROFESSIONAL CAREER DEVELOPMENT INSTITUTE.  He received a cumulative
grade of 96.  This information was taken from a letter verification
dated 4/6/04.

| SUBJECT | GRADE | SEM. UNITS | QUAR. UNITS | DATE (FROM/TO) | NO. HOURS | |
|---------|-------|-----------|-------------|----------------|-----------|---|
| PARALEGAL FOUNDATION COURSE | "96" | | | 7/23/03 through 4/6/04 | | ☐ A.M. ☐ P.M. ☐ EVEN. |

| NAME | LAST | FIRST | NUMBER | INSTRUCTOR |
|------|------|-------|--------|------------|
| MACKEY | | JAMES | E-76532 | Staff: PROFESSIONAL CDI *M. Moreno* By: M. Moreno, Coll. Coor. MCSP |

DATE  June 9, 2004

INSTITUTION  MCSP-Ione

# CERTIFICATION

## EPA TECHNICIAN CERTIFICATION PROGRAM

### FOR THE PREVENTION OF
### *STRATOSPHERIC OZONE DEPLETION*

## JAMES O. MACKEY

*HAS BEEN CERTIFIED AS A*

## UNIVERSAL

*TECHNICIAN AS REQUIRED BY 40 CFR PART 82, SUBPART F*

*CERTIFICATE ID # 062404081264*        *TEST DATE: 06/24/04*

**OFFICIAL:** *J. F. Nugent, Director of Training*

OFFICIAL EPA CERTIFICATION PROVIDER – NUGENT ASSOCIATES 1-866-235-1080 (PIN 5580)



# Certificate of Achievement

This Certificate is Awarded to:

## Mr. James O. Mackey

for Successfully Completing

"Communication Styles and Skills"



S. L. HUBBARD, Warden

January 8th, 1999

M. MERRITT, CCII

# CROSSROAD
## BIBLE INSTITUTE

*A Turn To The Right*

*this certifies that*

# James Mackey

*has graduated from the tier one course*

## GREAT TRUTHS OF THE BIBLE

August 6, 1998

*Thomas J. de Vries*
President, Crossroad Bible Institute

# LAUBACH LITERACY ACTION



**LAUBACH LITERACY ACTION**
U.S. PROGRAM OF
LAUBACH LITERACY INTERNATIONAL

## VOLUNTEER TUTOR WORKSHOP
## CERTIFICATE OF COMPLETION

*This is to recognize that* —— JAMES MACKEY ——

*has satisfactorily completed a* —— 12 —— *hour workshop with emphasis on tutoring*

—— Literacy ——
(Literacy/ESL)

*sponsored by a Laubach Literacy Action member program,*

*and / or conducted by an LLA certified trainer.*

Creekside Adult School
Program

Trainer

Executive Director, Laubach Literacy Action

*Peter D. Waite*
Executive Director, Laubach Literacy Action

*Bob Caswell*
President/CEO, Laubach Literacy International

December 1, 1993
Date

LA6



California Department of Corrections

*Mule Creek State Prison*

Certifies That

**Mr. James Matney**

Has successfully completed a program
component entitled:

# A Framework For Recovery

By Gordon Graham & Company

E-76532

Issued This _14th_ Day of _March_ , 1995

M. Merritt
M. Merritt, CCII
Program Specialist

(Ms.) IVALEE HENRY, Warden

SCHOOL RECORD - TRANSCRIPT

STUDENT IDENTIFICATION

RICKEY JAMES

FRENCH CAMP    CA    95231

SCHOOL IDENTIFICATION    041

EAST UNION HIGH SCHOOL

1700 N UNION RD    MANTECA    CA    95336

PAGE 1 OF 1

GUIDANCE RECORD

CHARLES HOLMES

FRENCH CAMP    CA    95231

CURRENT SUMMARY

# EXHIBIT N

FILED
SUPERIOR COURT-STOCKTON

06 MAR -8  AM 10: 34

ROSA JOAQUINO, CLERK

BY _____

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

In the Matter of the Petition of

**JAMES MACKEY**

For Writ of Habeas Corpus.

CASE NO.  SC045624A

ORDER

---

TO:  JAMES MACKEY, Petitioner:

It appearing that a petition for Writ of Habeas Corpus was filed herein on <u>February 6, 2006</u>, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Petition for Writ of Habeas Corpus is **DENIED** for the reasons that follow.

**Reason:** Following entry of a no contest plea, petitioner was convicted of first degree murder.  On November 20, 1990, he was given an agreed-upon sentence of 25 years-to-life.  As part of his plea agreement, a contract was executed which required petitioner to cooperate and give truthful testimony in another case arising out of the murder.  Among the provisions of the contract was the following:

"6.    District Attorney John D. Phillips shall personally write a letter to the Board of Prison Terms and or the California Department of Corrections recommending that James Oliver Mackey ... be released at the earliest possible time upon having served the minimum sentence for first degree murder.   California Law now provides that the indeterminate sentence for first degree murder is 25 years to life.  It is believed that the earliest possible release date for a person so convicted of first degree murder is two thirds of the minimum or sixteen years eight months.  However, the actual release date will be determined by the Board of Prison Terms or its equivalent agency."  [Exhibit "C" to petition, 2:4-15.]

Also on November 20, 1990, Mr. Phillips sent a letter to the Department of Corrections enclosing a copy of the agreement.  In relevant part, the letter reads as follows:

"<u>The purpose of this letter is to honor that agreement and commitment to Mr. Mackey and his attorney; to comment upon the extraordinary cooperation of Mr. Mackey; and to clarify that, without the cooperation and</u>

Page 1 of  3

against Michael Blatt nor a prosecution initiated." [Exhibit "D" to petition, page 1. Underlining in original.]

> "It is our recommendation that Mr. Mackey be released on parole upon having served the minimum sentence for first degree murder, that is, two-thirds of the minimum (or sixteen years, eight months), providing that he has been a good prisoner.
> "In this regard, it is our observation and belief that Mr. Mackey will do his time without incident or problems. He is intelligent and highly educated; has no prior criminal history' is not generally criminally oriented; and he should interact well with prison management and staff. ..." [Id., at page 2.]

Petitioner received his fist parole consideration hearing on May 6, 2005. At the hearing, the panel was presented with both the agreement and the letter from Mr. Phillips.

Among those persons appearing at the hearing was Eual Blansett Jr., a San Joaquin County Deputy District Attorney. Petitioner contends that Mr. Blansett's comments at the hearing violated the plea agreement and necessitate its rescission.

The court has reviewed the transcript of the hearing and finds that Mr. Blansett's comments were not interpreted by the hearing panel as unfavorable to petitioner. In fact, the presiding commissioner, in reading the decision, stated as follows:

> "[Mr. Blansett] appeared today and actually he did not present an objection. He was neutral. He just appeared as an observer basically. So he didn't voice his opinion in terms of your suitability one way or the other from what I gathered from speaking to him." [Hearing transcript, 128:18-24.]

Further, at the outset of the hearing Mr. Blansett stated as follows:

> "I think Mr. Phillips who was the Deputy DA at the time that I was doing both trials in this case made an offer to Mr. Mackey that was accepted. I will – I cannot and will not do anything to undermine the letter that was sent to the Board." [Id., at 15:27-16:4.]

The fact that Mr. Blansett was merely an observer at the hearing was repeated several times by both Mr. Blansett and the panel members. Assuming for purposes of this order that the plea agreement required the District Attorney's office to make no unfavorable comments at the hearing, there is no evidence that any comments made by Mr. Blansett had any effect on the panel's decision to deny parole. In fact, the panel's decision to deny parole is amply supported by the record.

Petitioner also contends that he was led to believe that Mr. Phillips' letter to the CDC or the Board would require him to be released after serving the minimum term. Putting aside the fact that petitioner has produced no evidence whatsoever to support this fact other than his own contentions, the agreement provided only that Mr. Phillips would send a letter. This was done. The agreement also expressly states that "However, the actual release date will be determined by the Board of Prison Terms or its equivalent agency." This, too, has been done.

The petition fails to set forth a prima facie case for habeas corpus relief. [*In re Bower* (1985) 38 Cal.3d 865; 215 Cal.Rptr. 267, 700 P.2d 1269; *People v. Jackson* (1980) 28 Cal.3d 264; 168 Cal.Rptr. 603, 618 P.2d 149; and *In re Muszalski* (1975) 52 Cal.App.3d 500, 125 Cal. Rptr. 286.]

Date: 3/6/06

JUDGE OF THE SUPERIOR COURT

RICHARD J. GUILIANI

Case Name:    In re James Mackey on Habeas Corpus

Case No.:

## DECLARATION OF SERVICE BY MAIL

I am employed in the county of Sacramento, State of California.  I am over the age of 18 and not a party to the within action; my business address is:

LAW OFFICE OF BENJAMIN RAMOS
7405 Greenback Lane #287
Citrus Heights, CA  95610-5603

On ___4-25___, 2006, I  served the following documents: *PETITION FOR WRIT OF HABEAS CORPUS* by placing a true copy thereof  into a sealed envelope  with postage thereon, into the United States Mail, addressed as follows:

Office of the Attorney General
1300 I Street
Sacramento, California 94244-2550

Office of the San Joaquin County District Attorney
222 E. Weber Avenue, Room 202
Stockton, CA  95202

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on ___4 – 25___, 2006,  at Citrus Heights, California.

BENJAMIN RAMOS