S143015

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re JAMES MACKEY on Habeas Corpus

Petition for writ of habeas corpus is DENIED.

SUPREME COURT
FILED

DEC 1 3 2006

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE
Chief Justice