IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MACKEY,** | CIV S-07-0347 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD SUBIA, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 9, 2007, in which to file a response to the petition for writ of habeas corpus.

DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

07cv347.o.0615.wpd

SA2007301504

Order

1