1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES MACKEY,

11              Petitioner,                         No. CIV S-07-347 ALA P

12         vs.

13   RICHARD SUBIA, Warden,

14              Respondent.                    ORDER

15   _____/

16         Respondent has requested a second extension of time to file a response pursuant

17   to the court's order of April 9, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Respondent's July 6, 2007 request for an extension of time is granted; and

19              2.  Respondent is granted thirty days from the date of this order in which to file a

20   response.  Petitioner's reply shall be filed thirty days thereafter.

21   DATED: July 6, 2007

22

23                                              /s/ Arthur L. Alarcon
                                                UNITED STATES CIRCUIT  JUDGE
24                                              Sitting by Designation

25

26