IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES MACKEY,

      Petitioner,               No. CIV S-07-347 ALA P

  vs.

RICHARD SUBIA, Warden,

      Respondent.          <u>ORDER</u>

_____/

      Respondent has requested a third extension of time to file a response pursuant to the court's order of April 9, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's August 8, 2007 request for an extension of time is granted; and

      2. Respondent's response is due on or before September 9, 2007. Petitioner's reply shall be filed thirty days thereafter.

DATED: August 9, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation